HANSON BRIDGETT LLP
WALTER R. SCHNEIDER, SBN 173113
wschneider@hansonbridgett.com
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
HANI GANJI, SBN 272925
hganji@hansonbridgett.com
CANDICE P. SHIH, SBN 294251
cshih@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:        (415) 777-3200
Facsimile:        (415) 541-9366

Attorneys for Plaintiff
TRI-UNION SEAFOODS, LLC

JOSEPH F. BERMUDEZ, ESQ. (CO Bar No. 34513)
JESSICA C. COLLIER, ESQ. (CO Bar No. 38981)
ELAYNA M. FIENE, ESQ. (CO Bar No. 45308)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
1225 17th Street, Ste 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
Email: joseph.bermudez@wilsonelser.com

JOHN R. CLIFFORD, ESQ. (State Bar No. 124203)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
655 West Broadway, Suite 900
San Diego, CA 92101-8484
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: john.clifford@wilsonelser.com

Attorneys for Defendant
STARR SURPLUS LINES INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| TRI-UNION SEAFOODS, LLC, | CASE NO. 14-cv-2282-MMA-MDD |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION TO STAY PROCEEDINGS** |
| v. | |
| STARR SURPLUS LINES INSURANCE COMPANY, | Judge:    Hon. Michael M. Anello<br>Location:  Courtroom 3A ( Schwartz) |
| Defendant. | Magistrate: Hon. Mitchell D. Dembin<br>Location:   11th Floor (Annex) |

11746638.1

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**
**AND JOINT MOTION TO STAY PROCEEDINGS**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Tri-Union Seafoods, LLC ("Tri-Union") and Defendant Starr Surplus Lines Insurance Company ("Starr") (collectively, "Parties") have reached a settlement in principle of their disputes that are the subject of this action;

WHEREAS, the Parties have been engaged in settlement discussions;

WHEREAS, through those discussions, the Parties have reached a settlement in principle of their disputes that are the subject of this action, subject to agreement upon final terms, and have paused their discovery efforts; and

WHEREAS, the Parties wish to avoid burdening the Court and its staff and incurring expenses in this litigation while the Parties continue to discuss settlement-related issues.

Based on the foregoing, the Parties hereby jointly request that the Court stay the proceedings in this action through and including January 15, 2016, and in connection therewith, the Parties hereby jointly request that the Court take the December 18, 2015 Mandatory Settlement Conference ("MSC") and all related deadlines off calendar.

Good cause exists for the requested stay, including taking the MSC and all related deadlines off calendar. The Parties expect to finalize a settlement of their disputes that are the subject of this action within approximately the next month, and wish to avoid unnecessary expenditure of resources in connection with this litigation while they focus their efforts on attempting to finalize such a settlement.

This Joint Motion to Stay Proceedings is unopposed and no party will be prejudiced by the relief requested herein.

//
//
//
//
//

1    WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion to

2  Stay Proceedings as set forth above.

3

4  DATED: December 3, 2015                HANSON BRIDGETT LLP

5
                                         By:_____/s/ Miles C. Holden_____
6                                           WALTER R. SCHNEIDER
                                            MILES C. HOLDEN
7                                           HANI GANJI
                                            CANDICE P. SHIH
8                                           Attorneys for Plaintiff TRI-UNION SEAFOODS,
9                                           LLC,

10

11  DATED: December 3, 2015                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                          DICKER LLP
12

13                                        By:_____/s/ Elayna M. Fiene (authorized 12/3/15)___
14                                          JOHN R. CLIFFORD
                                            JOSEPH F. BERMUDEZ
15                                          JESSICA C. COLLIER
                                            ELAYNA M. FIENE
16                                          Attorneys for Defendant STARR SURPLUS
                                            LINES INSURANCE COMPANY
17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND JOINT MOTION TO STAY PROCEEDINGS