# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-UNION SEAFOODS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARR SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | Case No.: 14CV2282-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>[Doc. No. 50] |

Plaintiff Tri-Union Seafoods, LLC and Defendant Starr Surplus Lines Insurance Company filed a joint motion to dismiss this case with prejudice. [Doc. No. 50.] Having considered the motion, and good cause appearing, the Court **GRANTS** the motion and dismisses this action with prejudice. Each party is to bear its own fees and costs. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: December 28, 2015

Hon. Michael M. Anello
United States District Judge